## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

JEFFREY HERRING,

                      Petitioner,                    20 **CIVIL** 9752 (KMK)

     v.                                       **JUDGMENT**

UNITED STATES OF AMERICA,

                      Respondent.

------------------------------------------------------------X

UNITED STATES OF AMERICA,

     v.                                       16 **CR** 302 (KMK)

JEFFREY HERRING,

                      Defendant.

------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 6, 2025, the Petition is dismissed with prejudice. As Petitioner has not made a substantial showing of the denial of a constitutional right, a Certificate of Appealability shall not be issued, see 28 U.S.C. § 2253(c)(2); Lucidore v. N.Y.State Div. of Parole, 209 F.3d 107, 11112 (2d Cir. 2000), and the Court further certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this judgment on the merits would not be taken in good faith, see Coppedge v. United States, 369 U.S. 438, 445 (1962) ("We consider a defendant's good faith... demonstrated when he seeks appellate review of any issue not frivolous."); Burda Media Inc. v. Blumenberg, 731 F. Supp. 2d 321, 32223 (S.D.N.Y. 2010) (citing Coppedge and concluding that an appeal may not be taken in forma pauperis if the trial court certifies in writing

that it is not taken in good faith). Judgment is entered for Respondent in Case No. 20-CV-9752;

accordingly, Case No. 20-CV-9752 is closed.

**DATED:**  New York, New York
            November 7, 2025

                                        **TAMMI M. HELLWIG**
                                        _____
                                        **Clerk of Court**

**BY:**      *K. Mango*
            _____
                                        **Deputy Clerk**